IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDALL BURNETTE, ) <br> AIS #135390, ) <br> ) <br>     Plaintiff, ) <br> ) <br>  v. ) <br> ) <br> JEFFERSON DUNN, et al., ) <br> ) <br>     Defendants. ) | CASE NO. 2:16-CV-352-WHA |

### **RECOMMENDATION OF THE MAGISTRATE JUDGE**

William Randall Burnette ("Burnette"), a state inmate, filed this 42 U.S.C. § 1983 action on May 17, 2016. In the instant complaint, Burnette alleges that his transfer from Staton Correctional Facility to Ventress Correctional Facility occurred in retaliation for his exercising his rights secured under the First Amendment. On June 23, 2016, prior to service of the complaint, Burnette filed a motion to dismiss this case. *Doc. No. 5*.

Upon consideration of the plaintiff's motion to dismiss, the court concludes that this motion is due to be granted. Furthermore, since the complaint has not been served on the defendants, the court finds that this case should be dismissed without prejudice. Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

    1. The plaintiff's motion to dismiss be GRANTED.

    2. This case be dismissed without prejudice.

    3. No costs be taxed herein.

It is further

ORDERED that on or before July 12, 2016 the plaintiff may file an objection to the Recommendation. The plaintiff must specifically identify the factual findings and legal conclusions in the Recommendation to which the objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar the plaintiff from a de novo determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11TH C$_{IR}$. R. 3-1. *See Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

DONE, on this the 28th day of June, 2016.

/s/ Susan Russ Walker
Susan Russ Walker
Chief United States Magistrate Judge