IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDALL BURNETTE, #135 390, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFERSON DUNN, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO 2:16-cv-352-WHA <br><br> (WO) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #7), entered on June 28, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Plaintiff's motion to dismiss (Doc. #5) is GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs are taxed herein.

DONE this 21st day of July, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE